Bernadine Bissekumer, Appellant, v. Roger Bissekumer, Appellee.

Gen. No. 9,942.

Heard in this court at the October term, 1944; opinion filed February 8, 1945; released

258

for publication March 7, 1945. Wilbur E. Johnson and Hall & Hall, for appellant; Roy F. Hall, of counsel; Welsh & Welsh, for appellee; C. K. Welsh, of counsel. Opinion by JUSTICE WOLFE. Not to be published in full.